UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CRIMINAL NO. 05-341 (RMU) |
| ALFREDO MANUEL DE VENGOECHEA-MENDEZ<br>    a.k.a. "El Patron"<br>    a.k.a. "Feyo" | : ORDER TO UNSEAL<br>: FILED UNDER SEAL |
| ALVARO ANTONIO PADILLA-MELENDEZ<br>    a.k.a. "El Topo" | : |
| MARLON GUERRERO-ROMAN | : |
| FIRST NAME UNKNOWN<br>LAST NAME UNKNOWN<br>    a.k.a. "Marquitos" | : |
| RAFAEL EDUARDO RUIZ-ALVEAR<br>    a.k.a. "Rafael" | : |
| LUIS ANTONIO VALENZUELA-SIERRA<br>    a.k.a. "Lucho"<br>    a.k.a. "Mi Tonto" | : |
| EBLIN RAFAEL RAMIREZ-DIAZ<br>    a.k.a. "Rafa" | : |
| Defendants. | : |

UNSEALED FILED

MAY 8 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the Government's Motion to Unseal the Indictment, it is hereby

ORDERED, this 8th day of May, 2006, the Motion to Unseal be granted.

THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT COURT JUDGE

DATE: 5/8/06

cc:   Patrick H. Hearn, Trial Attorney.
      Narcotic and Dangerous Drug Section
      U.S. Department of Justice
      1400 New York Avenue, NW, Suite 800
      Washington, D.C. 20530     202-305-7606