UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
                v.                : Criminal Action No.: 05-341   (RMU)
                                  :
ALFREDO VENGOECHEA-MENDEZ,        :
                    et al.,       :           **FILED**
                                  :
            Defendant.            :         DEC 1 2 2006
                                  :
                                    NANCY MAYER WHITTINGTON, CLERK
                                         U.S. DISTRICT COURT

**ORDER**

It is this 12th day of December 2006,

**ORDERED** that a status hearing in the above-captioned case shall take place on March 19, 2007 at 2pm.

SO ORDERED.

_____
Ricardo M. Urbina
United States District Judge