## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :
    :
           v.     :     Criminal Action No.: 05-0341 (RMU)
    :
DE VENGOECHEA-MENDEZ, *et al*     :
    :
        Defendants.     :

**FILED**

MAR 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**O R D E R**

It is this 15th day of March 2007,

**ORDERED** that the status hearing in the above-captioned case scheduled for Monday,

March 19, 2007 at 2:00p.m. is hereby **VACATED** and **RESCHEDULED** for **March 19, 2007**

**at 2:15 p.m**.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge