## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
              v.                  :         Criminal Action No.: 05-341 (RMU)
                                  :
ALFREDO MANUEL                    :
DE VENGOECHEA-MENDEZ, *et al*,    :
                                  :
         Defendants.              :

**FILED**

MAR 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**O R D E R**

It is this 19th day of March 2007,

ORDERED that a status hearing in the above-captioned case shall take place on

_August 10, 2007_ at _9:45_.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge