# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

UNSEALED

| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ||
|---|---|
| UNITED STATES OF AMERICA | **DOCKET NO:** 05-341    **MAGIS. NO:** |
| v.<br>ALFREDO MANUEL DE VENGOECHEA-MENDEZ, et. al.<br><br>DC | **NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED**<br>Alvaro Antonio Padilla-Melendez #2<br>a/k/a El Topo |
| **WARRANT ISSUED ON THE BASIS OF:** INDICTMENT | **DISTRICT OF ARREST**<br>FILED<br>SEP 24 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| **TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | **CITY** |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO MANUFACTURE AND DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

DISTRIBUTION OF FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WILL BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

FORFEITURE

**UNITED STATES CODE TITLE & SECTION:**

**IN VIOLATION OF:**   21:959, 960 and 963; 21:959; 18:2; and 21:853 and 970

| BAIL FIXED BY COURT:<br>HWOB | OTHER CONDITIONS OF RELEASE: ||
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JOHN M. FACCIOLA | DATE ISSUED:<br>September 14, 2005 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>9/14/05 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>9-24-07 | NAME AND TITLE OF ARRESTING OFFICER<br>SGAN McLOOD SDUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| HIDTA   Yes ☐   No ☒<br>CASE: | | OCDETF CASE:   Yes ☐   No ☒ |