UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 05 0341-02 (RMU) |
| ALVARO ANTONIO PADILLA-MELENDEZ | : |

### MOTION TO TRANSFER TO CTF

The defendant, Alvaro Antonio Padilla-Melendez, by and through his attorney, Christopher M. Davis, respectfully moves this Honorable Court for an order to have him housed at the Correctional Treatment Facility (CTF). In support of his request, Mr. Padilla-Melendez states:

1. Defendant Padilla-Melendez has been housed at the DC Jail since his initial presentment on September 24, 2007. Mr. Padilla-Melendez is a foreign national with no ties to the United States. The defendant was extradited from Columbia. He speaks Spanish and understands little, if any, English. To counsel's knowledge, Mr. Padilla-Melendez has never been to the United States.

2. The defendant is a 29 year old overweight Hispanic male. He suffers from diabetes, hypertension and the gout. He is on multiple medications for all of these conditions. CTF is better equipped to deal with complicated health matters.

3. The defendant cannot communicate with most of the people that he has daily contact with at the DC Jail. However, there are a number of Columbians currently housed at CTF. CTF would be a more humane place to preventively detain this defendant.

4. It is easier for a defendant to communicate with foreign family members from the CTF facility.

## Conclusion

Wherefore, defendant Padilla-Melendez requests this Honorable Court to order his transfer to the CTF at the earliest date possible.

Respectfully submitted,

_____
Christopher M. Davis #385582
Counsel for Defendant Padilla-Melendez

Davis & Davis
The Lincoln Building
514 10th Street, NW - Ninth Floor
Washington, D.C. 20004
202-234-7300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this motion was served via ECF upon all parties of record, on this 30th day of September, 2007.

_____
Christopher M. Davis