UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 05 0341-02 (RMU) |
| ALVARO ANTONIO PADILLA-MELENDEZ | : |

## ORDER

Upon consideration of the defendant's motion to be transferred to the Correctional Treatment Facility, and any opposition or lack thereof, it is on this ___ day of October, 2007, hereby

ORDERED that defendant **Alvaro Antonio Padilla-Melendez**:

```
DCDC   316 359
DOB    10/01/78
PDID
```

shall be transported, at the earliest possible date, to the Correctional Treatment Facility.

_____
 Ricardo M. Urbina
 Judge, United States District Court

Dated: _____