UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT 1 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA  :

v.  : Crim. No. 05 0341-02 (RMU)

ALVARO ANTONIO PADILLA-MELENDEZ  :

### ORDER

Upon consideration of the defendant's motion to be transferred to the Correctional Treatment Facility, and any opposition or lack thereof, it is on this 1st day of October, 2007, hereby

ORDERED that defendant **Alvaro Antonio Padilla-Melendez**:

DCDC 316 359    *Registration No 29114-016*
DOB 10/01/78
PDID

shall be transported, at the earliest possible date, to the Correctional Treatment Facility.

_____
Ricardo M. Urbina
Judge, United States District Court

Dated: 10/01/07