UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA
WASHINGTON, D.C.

UNITED STATE OF AMERICA,                    CASE NO.: 05CR00341RMU

    Plaintiff,

v.

ALVARO ANTONIO PADILLA-MELENDEZ,

    Defendant.
_____/

## MOTION TO APPEAR PRO HAC VICE

COMES NOW HOWARD KATZOFF and respectfully requests this Honorable Court grant this motion to allow Stephen J. Golembe to appear *Pro Hac Vice* in accordance with LCrR 44.1(d) and admit him to appear as counsel of record for ALVARO ANTONIO PADILLA-MELENDEZ and would allege as follows:

1. Stephen J. Golembe has been a member of the Florida Bar since 1971 and has always been in good standing. Counsel's business address is 2340 South Dixie Highway, Miami, Florida 33133, and his telephone number is (305) 858-0404.

2. Stephen J. Golembe is a member of the United States District Court, Southern District of Florida Trial Bar, the United States District Court Middle District of Florida and The United States District Court for the Northern District of Florida as well as the 11th Circuit Court of Appeal.

3. Stephen J. Golembe has never been disciplined by the Florida Bar and attached is his certification of good standing.

4. Stephen J. Golembe has only been admitted pro hac vice to this court, in the past two years in the matters of <u>United State vs. Daniel Curran</u>, case number CR07-057-RWR and <u>United State vs. Alvaro Padilla-Redondo</u>, case number CR04-114-05-RBW. Stephen J. Golembe does not engage in the pratice of law in an office located within the District of Columbia and is not a member of the District of Columbia Bar.

5. Stephen J. Golembe has obtained a copy of the local rules and will comply with any and all other requirements of this Court in order to represent the Defendant, ALVARO ANTONIO PADILLA-MELENDEZ, and be permitted to appear before this Honorable Court.

WHEREFORE, the counsel prays that this Honorable Court grant this motion to appear *Pro Hac Vice* in accordance with LCrR 44.1(d) and admit him to appear as counsel of record for ALVARO ANTONIO PADILLA-MELENDEZ.

Respectfully submitted,

| | |
|---|---|
| HOWARD KATZOFF, ESQUIRE | STEPHEN J. GOLEMBE, ESQUIRE |
| 717 D Street N.W. | 2340 South Dixie Highway |
| Suite 310 | Miami, Florida 33133 |
| Washington, D.C. 20004 | (305) 858-0404 office |
| (202) 783-6414 office | (305) 858-3100 facsimile |
| (202) 628-2881 facsimile | |
| _____ | _____ |
| HOWARD KATZOFF, ESQUIRE | STEPHEN J. GOLEMBE, ESQUIRE |

## DECLARATION

I, Stephen J. Golembe, hereby declare and affirm that the representations in this motion are true and correct.

_____
STEPHEN J. GOLEMBE, ESQUIRE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was forwarded on this 9th day of October, 2007 to Assistant United States Attorney Patrick Hearn.

_____          _____
HOWARD KATZOFF, ESQUIRE                STEPHEN J. GOLEMBE, ESQUIRE