UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA
WASHINGTON, D.C.

UNITED STATE OF AMERICA,              CASE NO.: CR05 -341 (RMU)

    Plaintiff,

v.

ALVARO ANTONIO PADILLA-MELENDEZ,

    Defendant.
_____/

### SPONSOR'S AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

COMES NOW HOWARD KATZOFF and respectfully states as follows:

I was admitted to practice before the United States District Court for the District of Columbia on or about September 7, 1982. My bar number is 348292, and I am a member in good standing of the Bar of the United States District Court for the District of Columbia, as well as the United States Court of Appeals for the District of Columbia Circuit.

I have known Stephen J. Golembe, an attorney from Coconut Grove, Florida, for approximately four months. I have sponsored his motion to appear *Pro Hac Vice* in two prior criminal cases in this Court.

Since I did not personally know Mr. Golembe when I was first asked to sponsor his motion to appear, I reviewed his website and his certificates of good standing for the Florida Bar and the United States District Court for the Southern District of Florida. I also contacted Roderick Vereen, Esquire, a colleague who has tried cases in this Court, and in the United States District Court for the

- 2 -

Southern District of Florida. Mr. Vereen advised me that he knows Mr. Golembe quite well, and represents that Mr. Golembe has been practicing criminal law in the federal courts and local courts in that area for many years. He also indicated that Mr. Golembe is well regarded in the legal community there, and that he knows of no questions regarding his moral character.

In addition, I spoke with government counsel in the other case, who represented that he has had extensive dealings with Mr. Golembe for several months. He also indicated that Mr. Golembe was very familiar with the federal statutes, the Federal Rules of Criminal Procedure, and the Federal Sentencing Guidelines. Government counsel appears to have no questions regarding Mr. Golembe's ability to adequately represent the defendant's interests in this case.

I have since spoken to Mr. Golembe on many occasions, have sponsored his motion to appear *Pro Hac Vice* in this Court on another occasion, and I am satisfied from all of those contacts and conversations that Stephen Golembe has the necessary character and qualifications to appear *Pro Hac Vice* before this Court in order to represent the defendant.

Wherefore, I respectfully move this Court to admit him to appear as counsel of record for ALVARO ANTONIO PADILLA-MELENDEZ.

Respectfully submitted,

HOWARD KATZOFF, ESQUIRE
717 D Street N.W.
Suite 310
Washington, D.C. 20004
(202) 783-6414 office
(202) 628-2881 facsimile

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded on this  9th   day of October, 2007 to Patrick Hearn, Trial Attorney, Department of Justice, 1400 New York Avenue, N.W., Washington, D.C. 20530.

_____
HOWARD KATZOFF, ESQUIRE