

# The Florida Bar

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon    )

In Re: 137225
Stephen Jay Golembe
2340 S. Dixie Hwy.
Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on November 19, 1971.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this _1st_ day of October, 2007.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/lvm1/R10

AO 136
(Rev. 6/82)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

Florida Bar # 137225

I, **CLARENCE MADDOX**, Clerk of the United States District Court for the Southern District of Florida,

DO HEREBY CERTIFY that *Stephen J. Golembe* was duly admitted to practice in said Court on **08/31/1973**, and on **03/26/1986** - Trial Bar, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this October 2, 2007.

**CLARENCE MADDOX**
Court Administrator • Clerk of Court

By _Steven C. Fitzgerald_
Deputy Clerk

.sk.5/2002