UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA
WASHINGTON, D.C.

| | |
|---|---|
| UNITED STATE OF AMERICA, | CASE NO.: 05CR00341RMU |
| Plaintiff, | |
| v. | |
| ALVARO ANTONIO PADILLA-MELENDEZ, | |
| Defendant. | |

_____/

### ORDER FOR ADMISSION PRO HAC VICE

Counsel's Motion to Appear Pro Hac Vice to represent ALVARO ANTONIO PADILLA-MELENDEZ, in the above styled matter has been reviewed by this court and with no cause shown why counsel should not be admitted it is ORDERED AND ADJUDGED that Stephen J. Golembe is hereby admitted Pro Hac Vice to represent ALVARO ANTONIO PADILLA-MELENDEZ.

This _____ day of October, 2007.


_____
Ricardo M. Urbina,
U.S. District Court Judge

cc:   AUSA Patrick Hearn
      Howard Katzoff, Local Counsel
      Stephen J. Golembe, Esquire