UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      CASE NO.:05CR00341RMU

    Plaintiff,

vs.

ALVARO ANTONIO PADILLA-MELENDEZ,

    Defendant.
_____/

### NOTICE OF PERMANENT APPEARANCE

**THE CLERK** of the above-styled Court will kindly enter the **APPEARANCE** as local counsel for and on behalf of the Defendant, ALVARO ANTONIO PADILLA-MELENDEZ, in the within cause.

HOWARD KATZOFF, ESQUIRE
717 D Street N.W.
Suite 310
Washington, D.C. 20004
(202) 783-6414 office
(202) 628-2881 facsimile

_____
HOWARD KATZOFF, ESQUIRE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was forwarded on this 9th day of October, 2007 to Patrick Hearn, Trial Attorney 1400 New York Avenue, N.W., Washington, D.C. 20530.

_____
HOWARD KATZOFF, ESQUIRE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          CASE NO.:05CR00341RMU

    Plaintiff,

vs.

ALVARO ANTONIO PADILLA-MELENDEZ,

    Defendant.
_____/

### NOTICE OF PERMANENT APPEARANCE

**THE CLERK** of the above-styled Court will kindly enter the **APPEARANCE** as local counsel for and on behalf of the Defendant, ALVARO ANTONIO PADILLA-MELENDEZ, in the within cause.

                STEPHEN J. GOLEMBE, ESQUIRE
                2340 South Dixie Highway
                Miami, Florida 33133
                (305) 858-0404 office
                (305) 858-3100 facsimile
                GolembeS@GolembeLaw.com

                _____
                STEPHEN J. GOLEMBE, ESQUIRE

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded on this ____ day of October, 2007 to Patrick Hearn, Trial Attorney 1400 New York Avenue, N.W., Washington, D.C. 20530.

                                            _____
                                          STEPHEN J. GOLEMBE, ESQUIRE