**FILED**

OCT **1 0** 2007

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA
WASHINGTON, D.C.

UNITED STATE OF AMERICA,                CASE NO.: 05CR00341RMU

    Plaintiff,

v.

ALVARO ANTONIO PADILLA-MELENDEZ,

    Defendant.
_____/

### ORDER FOR ADMISSION PRO HAC VICE

Counsel's Motion to Appear Pro Hac Vice to represent ALVARO ANTONIO PADILLA-MELENDEZ, in the above styled matter has been reviewed by this court and with no cause shown why counsel should not be admitted it is ORDERED AND ADJUDGED that Stephen J. Golembe is hereby admitted Pro Hac Vice to represent ALVARO ANTONIO PADILLA-MELENDEZ.

This 10th day of October, 2007.

                                          Ricardo M. Urbina,
                                          U.S. District Court Judge

cc:    AUSA Patrick Hearn
        Howard Katzoff, Local Counsel
        Stephen J. Golembe, Esquire