UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 05 0341-02 (RMU) |
| ALVARO ANTONIO PADILLA-MELENDEZ | : |

MOTION TO WITHDRAW APPEARANCE

Undersigned respectfully moves to withdraw his appearance as counsel to the defendant. In support of his request, undersigned states:

1. Defendant Padilla-Melendez has retained an attorney his family has worked with in the past. Howard Katzoff, serving as local counsel, recently moved Stephen J. Golembe Pro Hac Vice. This Honorable Court granted the request and Mr. Golembe is now counsel of record for Mr. Padilla-Melendez.

Conclusion

Wherefore, undersigned requests that this Honorable Court allow him to withdraw his appearance as counsel to Mr. Padillo-Melendez.

Respectfully submitted,

_____
Christopher M. Davis #385582

Davis & Davis
The Lincoln Building
514 10th Street, NW - Ninth Floor
Washington, D.C. 20004
202-234-7300

<u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that a copy of this motion was served via ECF upon all parties of record, on this 11th day of October, 2007.

_____
Christopher M. Davis