UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 05 0341-02 (RMU) |
| ALVARO ANTONIO PADILLA-MELENDEZ | : |

### ORDER

Upon consideration of the Christopher M. Davis' motion to withdraw his appearance as counsel for the above captioned defendant, and any opposition or lack thereof, it is on this ___ day of October, 2007, hereby

ORDERED that the appearance of Christopher M. Davis as counsel for Alvaro Antonio Padilla-Melendez is hereby withdrawn.

_____
 Ricardo M. Urbina
 Judge, United States District Court

Dated: _____