UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 1 2 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| v. | : | Crim. No. 05 0341-02 (RMU) |
| ALVARO ANTONIO PADILLA-MELENDEZ | : | |

### ORDER

Upon consideration of the Christopher M. Davis' motion to withdraw his appearance as counsel for the above captioned defendant, and any opposition or lack thereof, it is on this 11 day of October, 2007, hereby

ORDERED that the appearance of Christopher M. Davis as counsel for Alvaro Antonio Padilla-Melendez is hereby withdrawn.

_____
Ricardo M. Urbina
Judge, United States District Court

Dated: 10/11/07