# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
                      v.          :          Criminal Action No.: 05-341 (RMU)
                                  :          Defts. 2, 3, 5 6 & 7
                                  :
ALFREDO MANUEL                    :
DEVENGOECHEA-MENDEZ et al,        :          **FILED**
                                  :
            Defendants.           :          DEC 1 8 2007

                        ORDER        NANCY MAYER WHITTINGTON, CLERK
                        _____        U.S. DISTRICT COURT

It is this 18th day of December 2007, hereby

**ORDERED** a status hearing in the above-captioned case shall take place on ~~_____~~ Feb. 21

2008 at 10:30. Am

**SO ORDERED**.


_____
Ricardo M. Urbina
United States District Judge