UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
|        **Plaintiff,** | : | |
| | : | |
| v. | : | Criminal Case No. 05-341 (RMU) |
| | : | |
| **ALFREDO MANUEL DE VENGOECHEA-MENDEZ** | : | |
|     a.k.a. "El Patron" | : | |
|     a.k.a. "Feyo" | : | |
| | : | |
| **ALVARO ANTONIO PADILLA-MELENDEZ** | : | |
|     a.k.a. "El Topo" | : | |
| | : | |
| **MARLON GUERRERO-ROMAN** | : | |
| | : | |
| **JOSE RICARDO MARTINEZ-RUBIANO** | : | |
|     a.k.a. Jorge Enrique Sabogal Rincon | : | |
|     a.k.a. "Marquitos" | : | |
| | : | |
| **RAFAEL EDUARDO RUIZ-ALVEAR** | : | |
|     a.k.a. "Rafael" | : | |
| | : | |
| **LUIS ANTONIO VALENZUELA-SIERRA** | : | |
|     a.k.a. "Lucho" | : | |
|     a.k.a. "Mi Tonto" | : | |
| | : | |
| **EBLIN RAFAEL RAMIREZ-DIAZ** | : | |
|     a.k.a. "Rafa" | : | |
| | : | |
|        **Defendants.** | : | |

## GOVERNMENT'S MOTION FOR ADDITIONAL TIME TO PRODUCE DISCOVERY

The United States respectfully moves this Court to for additional time to produce discovery to defense counsel. The Court, previously, ordered the government to finish reviewing

discovery in its possession and produce the remaining discovery materials to defense counsel by January 15, 2008. The government respectfully requests, one additional day, until January 16, 2008. In support of the governments request, the government would state the following:

The government has completed its review of discovery and requires the one additional day in order to copy to CDs for defense counsel the additional telephone calls and surveillance videos to be produced as discovery.

The government believes no prejudice will result to the defendants due to the delay.

### Conclusion

WHEREFORE, for the above stated reasons, the Government respectfully requests that the Court grant the government one additional day to allow the government to copy to CDs for defense counsel the additional discovery.

Dated: January 15, 2008

                              Respectfully submitted

                              KEN BLANCO, Chief
                              Narcotics and Dangerous Drug Section

                              ___/s/_____
                              Patrick H. Hearn
                              Trial Attorney
                              Narcotics and Dangerous Drug Section
                              U.S. Department of Justice
                              1400 New York Avenue, N.W.
                              Washington, D.C. 20005
                              (202) 305-7606