UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Criminal Case No. 05-341 (RMU) |
| | : | |
| **ALFREDO MANUEL DE VENGOECHEA-MENDEZ** | : | |
| a.k.a. "El Patron" | : | |
| a.k.a. "Feyo" | : | |
| | : | |
| **ALVARO ANTONIO PADILLA-MELENDEZ** | : | |
| a.k.a. "El Topo" | : | |
| | : | |
| **MARLON GUERRERO-ROMAN** | : | |
| | : | |
| **JOSE RICARDO MARTINEZ-RUBIANO** | : | |
| a.k.a. Jorge Enrique Sabogal Rincon | : | |
| a.k.a. "Marquitos" | : | |
| | : | |
| **RAFAEL EDUARDO RUIZ-ALVEAR** | : | |
| a.k.a. "Rafael" | : | |
| | : | |
| **LUIS ANTONIO VALENZUELA-SIERRA** | : | |
| a.k.a. "Lucho" | : | |
| a.k.a. "Mi Tonto" | : | |
| | : | |
| **EBLIN RAFAEL RAMIREZ-DIAZ** | : | |
| a.k.a. "Rafa" | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Upon consideration of the "Government's Motion for Additional Time to Produce Discovery," the Court hereby,

**ORDERS** that the government's motion is hereby **GRANTED**, and the government is hereby,

**ORDERED** to produce discovery to defense counsel by January 16, 2008.

**SO ORDERED**,

DATE: January _____, 2008.

_____
RICARDO M. URBINA
U.S. DISTRICT JUDGE FOR
THE DISTRICT OF COLUMBIA

Copies to:
Attorney for Government:
Patrick H. Hearn.
Trial Attorney
Narcotics and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C.  20005
(202) 305-7606
patrick.hearn@usdoj.gov

Heather Shaner
Attorney for Guerrero
1702 S St. N.W.
Washington, DC 20009
202-265-8210
hhsesq@aol.com

Joseph Virgilio
Attorney for Ruiz
1629 K Street, N.W.
Washington, D.C. 20006
202) 463-0662
virgilio@usa.com

Manuel J. Retureta
Attorney for Valenzuela
601 Pennsylvania Ave., N.W.
Suite 900
Washington, D.C.
202-220-3073
jr.rw@verizon.net

David Bos
Attorney for Ramirez
Assistant Federal Defender
625 Indiana Ave., N.W.
Suite 550
Washington, D.C. 20004
202-208-7500
david_bos@fd.org

Stephen J. Golembe
Attorney for Padilla, Jr.
2340 South Dixie Highway
Miami, FL 33133
(305) 858-0404
(305) 858-3100 (fax)
golembes@golembelaw.com