UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :
                                   :
            v.                     :    Criminal Action No.: 05-341    (RMU)
                                   :
ALFREDO DeVengoechea et al.,       :
                                   :
            Defendants             :

**ORDER**

It is this 21 day of February 2008, hereby

ORDERED a status hearing in the above-captioned case shall take place on May 27, 2008 at 10:00 am.

**SO ORDERED**.

FILED
FEB 21 2008
Clerk, U.S. District and
Bankruptcy Courts

_____
Ricardo M. Urbina
United States District Judge