UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
            v.                    :     Criminal Action No.: 05-341 (RMU)
                                  :
VENGOECHEA-MENDEZ et al.,         :
                                  :
            Defendants.           :

**ORDER**

It is this 27th day of August 2008, hereby

**ORDERED** a status hearing in the above-captioned case shall take place on ~~August 7,~~ June 19 2008 at ~~2:30 pm~~ 10 AM.

**SO ORDERED**.

                                   _____
                                          Ricardo M. Urbina
                                       United States District Judge

FILED
MAY 27 2008
Clerk, U.S. District and
Bankruptcy Courts