UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 05-341 (RMU)
:
DEVENGOECHEA et al., :
Defts 2, 3, 5, 6 + 7 :
   Defendants. :

**FILED**

JUN 19 2008

Clerk, U.S. District and
Bankruptcy Courts

**ORDER**

It is this 19th day of June 2008, hereby

**ORDERED** a status hearing in the above-captioned case shall take place on August 18, 2008 at 2:00 pm.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge

