UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 05-0341 (RMU)
:
DE VENGOECHEA-MENDEZ, et al., :
*Defts. 2, 3, 5, 6 + 7* :
Defendant. :
:

**FILED**

AUG 18 2008

Clerk, U.S. District and
Bankruptcy Courts

**ORDER**

It is this 18th day of August, 2008, hereby

**ORDERED** that a ___Status___ hearing in the above-captioned case shall take place on ___September 8, 2008___ at ___2:00 pm___.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

