UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-0341-02 (RMU) |
| | : | |
| ALVARO PADILLA-MELENDEZ, | : | |
| | : | **FILED** |
| Defendant. | : | |
| | : | SEP 5 - 2008 |

**O R D E R**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 5th day of September, 2008, hereby

**ORDERED** that the status hearing in the above-captioned case scheduled for September 8, 2008, is vacated.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge