UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


**UNITED STATES OF AMERICA**,:
                                         :
                    Plaintiff        :
          v.                         :          CRIMINAL NO. 05-0341
                                         :
                                         :
**ALVARO ANTONIO**                  :
**PADILLA-MELENDEZ**                :
     **a.k.a. "El Topo"**            :
                    Defendant.       :


### AGREED MOTION TO SCHEDULE PLEA DATE AND TIME

**COMES NOW** the Defendant, ALVARO ANTONIO PADILLA-MELENDEZ, by and

through undersigned counsel and respectfully requests this Honorable Court schedule the plea on

these suggested dates and times and would allege as follows:

1.   Counsel has been advised that this court will accept pleas of guilty on Monday,

Tuesday and Thursday of most weeks.

2.   Counsel has spoken to Assistant United States Attorney Patrick Hearn and it is agreed

that the following dates would be suggested for Mr. Padilla-Melendez' change of plea hearing.

     Tuesday, September 2nd, 2008

     Tuesday, September 30th, 2008

     Tuesday, October 7th, 2008

3.   Counsel respectfully requests that the plea hearing not be set earlier than 11:00 a.m.

inasmuch as counsel is traveling from Miami, Florida and the flight departs Miami at 8:00 a.m.

and arrives Washington at 10:30 a.m.

4.   This motion is made in good faith.

WHEREFORE, the Defendant, ALVARO PADILLA-MELENDEZ, respectfully requests

this Honorable Court schedule the plea on these suggested dates and times.

Respectfully submitted,

*/s/ Stephen J. Golembe*
STEPHEN J. GOLEMBE & ASSOCIATES, P.A.
Stephen J. Golembe, Esquire
2340 South Dixie Highway
Miami, Florida 33133
(305) 858-0404 office
(305) 858-3100 facsimile
GolembeS@GolembeLaw.com


**CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically

filed on this 15th day of September, 2008.

*/s/ Stephen J. Golembe*
STEPHEN J. GOLEMBE, ESQUIRE