UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No.: 05-0341-02 (RMU) |
| ALVARO PADILLA-MELENDEZ, | : |
| Defendant. | : |

**ORDER**

FILED
SEP 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the parties' "Agreed Motion to Schedule Plea Date and Time," it is this 16th day of September, 2008, hereby

**ORDERED** that a plea hearing in the above-captioned case shall take place on Tuesday, September 30, 2008, at 1:30 p.m.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge